**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Onofre SANCHEZ–RODRIGUEZ, aka
Luis Angel Deanda–Contreras,
Defendant–Appellant.**

No. 01–30182.

D.C. No. CR–00–00132–BLW.

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Submitted Feb. 11, 2002.*

Decided Feb. 22, 2002.

Before B. FLETCHER, T.G. NELSON and TALLMAN, Circuit Judges.

### MEMORANDUM **

Onofre Sanchez–Rodriguez appeals his conviction for two counts of drug possession and/or distribution in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 18 U.S.C. § 2. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Sanchez contends that his convictions pursuant to 21 U.S.C. §§ 841(a)(1) & (b)(1)(A) are unconstitutional because the statute allows a district court to impose a sentence above the statutory maximum on the basis of a drug quantity finding that was not submitted to a jury. This argument is foreclosed by this Court's recent en banc decision in *(United States v. Buckland,* 277 F.3d 1173 (9th Cir.2002)) (en banc).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

